**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 2, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00020-CV

---

## STORABLE, INC.; REDNOVA LABS, INC. (D/B/A STOREDGE); SITELINK SOFTWARE, LLC; EASY STORAGE SOLUTIONS, LLC; BADER CO.; AND PROPERTY FIRST GROUP, LP, Appellants

### V.

### SAFELEASE INSURANCE SERVICES, LLC, Appellee

---

### On Appeal from the Business Court Division 3A
### Travis County, Texas
### Trial Court Cause No. 25-BC03A-0001

---

### MEMORANDUM OPINION

Appellants filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.